# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-2510
Lower Tribunal No. 2023-CF-008785

_____

RALPH DIETER MENZER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Cassandra L. Denmark, Judge.

August 11, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and SMITH, JJ., concur.


Blair Allen, Public Defender, and Kimberly Nolen Hopkins, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Tayna Alexander, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED